IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 13 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| ROSA ALBA FLORES HERNANDEZ<br>2900 17th Street, NE<br>Washington, DC 20018 | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | Case No._____ |
| UNITED STATES OF AMERICA | * | |
| Serve: | * | |
|     Office of the Attorney General<br>    Department of Justice<br>    950 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20530 | *<br><br>*<br><br>* | |
|     United States Attorney's Office<br>    555 4th Street, NW<br>    Washington, DC 20530 | *<br><br>* | Case: 1:11-cv-00897<br>Assigned To : Wilkins, Robert L.<br>Assign. Date : 5/13/2011<br>Description: PI/Malpractice |
|     Dept. of Health and Human Services<br>    Office of the General Counsel<br>    200 Independence Ave., S.W.<br>    Room 713-F<br>    Washington, D.C. 20201 | *<br><br>*<br><br>* | |
| And | * | |
| **Luis Padilla, MD**<br>Upper Cardozo Health Center<br>3020 14th Street, NW<br>Washington, D.C. 20009 | *<br><br>*<br><br>* | |
| And | * | |
| **Felicia Hamilton, MD**<br>Upper Cardozo Health Center<br>3020 14th Street, NW<br>Washington, DC 20009 | *<br><br>*<br><br>* | |
| **Defendants.** | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

*JURY ACTION*

1

## COMPLAINT
## (Medical negligence: Federal Tort Claims Act and other defendants)

### Parties and Jurisdiction

1. Plaintiff Rosa Alba Flores Hernandez ("Ms. Hernandez") is a citizen of El Salvador and a resident of the District of Columbia.

2. Unity Health Care, Inc. ("Unity") is a Federally Qualified Health Center under 42 U.S.C. § 254b. It is deemed to be a federal agency under the Department of Health & Human Services for purposes of injury claims and is therefore subject to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.* Therefore, the United States of America is sued here as a defendant for the negligence of Unity and Unity's employees and agents.

3. Luis Padilla is a primary care physician who worked at all relevant times at Unity's Upper Cardozo Health Center. He is sued only in the event he is deemed to be an independent contractor and not an employee of Unity.

4. Felicia Hamilton is an obstetrician-gynecologist who worked at all relevant times at Unity's Upper Cardozo Health Center. She is sued only in the event she is deemed to be an independent contractor and not an employee of Unity.

5. An administrative claim was presented more than six months before the filing of this complaint with the U.S. Department of Health & Human Services, which has not granted the claim and therefore is deemed to have denied it.

6. The plaintiff satisfied the notice requirements of D.C. Code § 16-2802(a) as to the individual defendants by sending them a notice letter more than 90 days before filing this action.

7. This court has jurisdiction over this case pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b), and as to the non-governmental defendants, pursuant to its supplemental jurisdiction under 28 U.S.C. § 1367(a).

### Facts

8. Ms. Hernandez was diagnosed in 2010 with end-stage cancer of the cervix (Stage IV-A) at Howard University Hospital. She has been advised that her health condition is very perilous and she could die at any time.

9. Ms. Hernandez complained for years to her physicians at the Unity Health Care, Inc., clinic known as the Upper Cardozo Health Center, 3020 14th Street NW, Washington, D.C. 20009, of irregular menstrual bleeding, bleeding between menstrual periods, lower abdominal pain and other symptoms. She never received any diagnosis or timely treatment from these providers. Her records from Unity Health Care confirm her symptoms and lack of treatment and diagnosis.

10. The physicians responsible for treating Ms. Hernandez at the Upper Cardozo Health Center were primarily the defendants Dr. Padilla and Dr. Hamilton. They and the other physicians and nurses at the clinic owed a duty to Ms. Hernandez to exercise reasonable care in their treatment of her.

11. In violation of their duty, the health care providers at the Upper Cardozo Health Center failed to follow up appropriately on her abnormal Pap smears, menstrual bleeding, and other gynecological issues.

12. The negligence of these providers caused Ms. Hernandez to develop a fatally advanced case of cervical cancer. Appropriate and timely care would have resulted in discovery of the cancer at a time when it could have been cured.

13. As a result of the defendants' negligence, Ms. Hernandez has been diagnosed with Stage IV-A cancer of the cervix. She has been subjected to numerous painful and debilitating treatments, including chemotherapy and radiation, which would have been unnecessary if the defendant health care providers acted with diligence. Her injuries include her knowledge of the incurability of her condition with attendant pain and suffering, lost wages and medical expenses.

14. Under 42 U.S.C.A. § 233, and the Federal Tort Claims Act, the United States of America is vicariously liable for the negligence of the Upper Cardozo Health Center and its physicians.

15. The plaintiff demands judgment of the defendants, jointly and severally, in the amount of $5 million, plus interest and costs.

Respectfully submitted,

_____
Patrick A. Malone (#397142)
PATRICK MALONE & ASSOCIATES, P.C.
1331 H Street, N.W. - Suite 902
Washington, D.C. 20005
(202) 742-1500

*Attorney for the Plaintiff*

## JURY DEMAND

The plaintiff demands trial by jury against any defendants for whom the law so allows.

_____
Patrick A. Malone (#397142)